1  JERRY PERSKY
   California State Bar No. 96574
2  5657 Wilshire Boulevard, Suite 410
   Los Angeles, California 90036
3  Telephone No.  (323) 938-4000
   Facsimile No.   (323) 938-4068
4  E-mail address: jpersky48@aol.com

5  Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT.

JUL 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  MIREYA CUEVAS,                    )  NO.  ED CV-12-1004 E
                                      )
12              Plaintiff,            )  ORDER AWARDING EAJA
                                      )  ATTORNEY FEES
13      v.                            )
                                      )
14  CAROLYN W. COLVIN, ACTING         )
    COMMISSIONER OF SOCIAL            )
15  SECURITY ADMINISTRATION,          )
                                      )
16              Defendant.            )
                                      )
17  ————————————————————

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded

20  attorney fees under the EAJA in the amount of three thousand four hundred dollars

21  and no cents ($3,400.00), as authorized by 28 U.S.C. §2412(d), subject to the terms

22  of the above-referenced Stipulation.  Any payment shall be delivered to Plaintiff's

23  counsel.

24

25  DATED: 7/18/13

26                              UNITED STATES MAGISTRATE JUDGE

27

28

1